IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-00890-MSK-OES

URBANO D. GARCIA,

      Plaintiff,

v.

CLIFFORD A. MADRID, and
CHARLES M. THOMPSON, d/b/a Moore Ranch,

      Defendants.

---

**ORDER OF REFERENCE PURSUANT TO 28 U.S.C. § 636(c)**

---

THIS MATTER comes before the court upon the consent of all parties to the exercise of

jurisdiction by a United States Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c)

and D.C.COLO.LCivR 72.6.  Following review,

      **IT IS HEREBY ORDERED** that:

i.      The above action is referred for disposition to a magistrate judge pursuant to 28

      U.S.C. § 636(c);

ii.     The above action will be reassigned to a magistrate judge selected by random

      draw, excluding Magistrate Judge O. Edward Schlatter, and

iii.     Upon such reassignment, the above case number will be amended to reflect the magistrate judge to whom the case is reassigned.

Dated this 4th day of August, 2005

**BY THE COURT:**

Marcia S. Krieger
United States District Judge