IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00890-PAC-OES

URBANO D. GARCIA,

    Plaintiff(s),

v.

CLIFFORD A. MADRID, and
CHARLES M. THOMPSON, d/b/a MOORE RANCH,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Stipulated Motion to Amend Scheduling Order [filed January 13, 2006; Doc. No. 19] is **GRANTED** as follows:

    The discovery cutoff is extended to **June 1, 2006.**

    The dispositive motions deadline is extended to **July 1, 2006.**

    The expert disclosures and rebuttals are due **April 1, 2006 and May 1, 2006.**

Dated:  January 17, 2006