# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00890-PAC-MEH

URBANO D. GARCIA

       Plaintiff,

v.

CLIFFORD A. MADRID, and
CHARLES M. THOMPSON d/b/a MOORE RANCH

       Defendants.

## ORDER FOR DISMISSAL WITH PREJUDICE

The Stipulation for Dismissal with Prejudice [Doc # 31] by the parties having come before the Court, and appearing well founded;

IT IS HEREBY ORDERED that this action is dismissed with prejudice each party to bear their own costs and attorney's fees incurred herein.

SO ORDERED this 31st day of May, 2006

BY THE COURT:

S| PPTAIUA A Coau
United States District Court ~~Judge~~ Magistrate Judge